UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:26-cr-0010-GFVT-MAS

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                         **NOTICE BY UNITED STATES**
           **REGARDING ENHANCED STATUTORY PUNISHMENT**

**NIKITA MONTEL JENKINS**                                                                   DEFENDANT

\* \* \* \* \*

Comes now the United States and, pursuant to 21 U.S.C. § 851, hereby gives notice that if the Defendant, **NIKITA MONTEL JENKINS**, is convicted of the sole count of the Indictment, charging a violation of 21 U.S.C. § 841(a)(1), he shall be subject to an enhanced statutory punishment of not less than 15 years of imprisonment, not more than life imprisonment, not more than a $20,000,000 fine, and not less than 10 years of supervised release. The Defendant is subject to this enhanced statutory punishment because he has at least one prior final conviction for a serious drug felony for which he served a term of imprisonment of more than 12 months and was released from any term of imprisonment related to that offense within 15 years of the commencement of the offense listed in the sole count of the Indictment listed as follows:

1. Distribution of Cocaine by final Judgement of the United States District Court, Eastern District of Kentucky, Case No. 5: 11-CR-141-SS-008, in October of 2012

Wherefore, the United States gives notice to the Defendant of the above-stated enhanced statutory punishment pursuant to 21 U.S.C. § 851.

        Respectfully submitted,

        PAUL C. McCAFFREY
        FIRST ASSISTANT UNITED STATES ATTORNEY

By:    */s/ Aubrey McGuire Girouard*
        Aubrey McGuire Girouard
        Assistant United States Attorney
        260 W. Vine Street, Suite 300
        Lexington, Kentucky 40507-1612
        859-685-4895
        Aubrey.girouard@usdoj.gov